*Mr. Carl Rasch,* for Respondent.

---

No. 1,717.—FALK, RESPONDENT, *v.* DITTO, APPELLANT.

*Appeal from District Court, Silver Bow County; E. W. Harney, Judge.*

On motion to dismiss appeal.

Decided November 23, 1903.

PER CURIAM.—The motion to dismiss this appeal is hereby sustained, and the appeal is accordingly dismissed.

*Mr. J. N. Kirk,* for Appellant.

*Mr. J. H. Duffy,* for Respondent.